Roger G. Segal (2908)
Chapter 7 Trustee
257 East 200 South, Suite 700
P.O. Box 11008
Salt Lake City, Utah  84147-0008
Telephone: (801) 532-2666
Facsimile: (801) 355-1813
roger@crslaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH - CENTRAL DIVISION
--ooOoo--

| In re: | : | |
|---|---|---|
| | : | Bankruptcy No. 10-37311 RKM |
| JONATHAN N. IHNEN, | : | |
| SHEILA M. IHNEN, | : | [Chapter 7] |
| | : | |
| Debtor(s). | : | |

--ooOoo--

## DIVIDENDS REMITTED TO COURT

Roger G. Segal, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate represents to the Court that the following check is a dividend required to be remitted to the Court:

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| 1923139 | RC Willey Home Furnishings<br>P.O. Box 65320<br>Salt Lake City, UT 84165 | $1.97 |

Attached is check #1923139 payable to the United States Bankruptcy Court representing the dividend described above.

The addresses listed above constitute the last known address of the creditor in question. The check represents said funds and is payable to the United States Bankruptcy Court.

DATED: August 25, 2011.

_____
Roger G. Segal, Trustee